UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20018-CIV-HUCK/WHITE

TROY D. ANDERSON,
    Plaintiff,

vs.

SGT. D. KELLY,
    Defendant.
_____/

**CLOSED CIVIL CASE**

## FINAL JUDGMENT

Pursuant to the findings of fact and conclusions of law given in open court at the trial of this matter on this date, it is hereby

ORDERED that Plaintiff Troy D. Anderson take $1,500 in compensatory damages and $1 in punitive damages, from Defendant Dwayne Kelly, for which let execution issue. The Court reserves jurisdiction over appropriate motions for attorney fees and costs. The Clerk of the Court is directed to mark this case CLOSED and DENY all pending motions as moot.

DONE in Chambers, Miami, Florida, this 30th day of October, 2008.

Paul C. Huck
United States District Judge

**Copies furnished to:**
All Counsel of Record